The Kantrow Law Group, PLLC
Proposed Attorneys for the Debtor
732 Smithtown Bypass, Suite 101
Smithtown, New York 11787
516 703 3672
Fred S. Kantrow
Hailey L. Kantrow

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

                                      Case No.: 24-42200

WHITEHEAD ESTATES, LLC,          Chapter 11


                    Debtor.
-----------------------------------------------------------x

### DEBTOR'S LOCAL RULE 1007-4 AFFIDAVIT

STATE OF NEW YORK    )
                              )
COUNTY OF SUFFOLK    )

       Chrisone Anderson, being duly sworn, deposes and states as follows:

       I am the managing member of Whitehead Estates, LLC ("Whitehead" and/or the "Debtor"). As such I have personal knowledge of the statements contained herein.

       1.       The Debtor operates rental property located at 150-160 and 170-180 Earle Street, Hartford, Connecticut (the "Whitehead Estates"). Whitehead Estates consists of walk-up garden apartments with 48 units. As of the most recent appraisal, approximately 50% of the units were rented. The most recent appraisal valued the property at approximately $4.45 million.

       2.       This case was not commenced under any other chapter of the Bankruptcy Code.

       3.       No committee was formed prior to the filing for relief.

       4.       Attached is a list of those creditors holding the twenty (20) largest unsecured claims, excluding claims of any insiders.

       5.       The Debtor's real property is subject to a first in priority mortgage held by FM Home Loans, LLC ("FM"). FM commenced a mortgage foreclosure action which action is

currently pending in the Superior Court of Connecticut, Judicial District of Hartford. In connection with the foreclosure action, FM sought and obtained the appointment of a receiver. Currently, the receiver has been collecting rents and administering the property. The Debtor will seek to remove the receiver and demand an accounting and the turn over of property of the estate.

6. In addition, the Debtor believes that the Metropolitan District ("Metropolitan"), which provides water in Hartford, has a substantial unpaid obligation of the Debtor. Metropolitan may have moved for the appointment of a receiver. The Debtor must investigate this issue.

7. The Debtor's assets consist of the subject real property. The approximate value of this asset is $4.45 million.

8. There are no shares of the Debtor that are publicly held.

9. The Real Property is currently under the control of a receiver put in place by FM.

10. The Debtor operates its business from its office located at 1809 Albemarle Road, Suite B36, Brooklyn, New York 11226.

11. The Debtor's books and records are located at 1809 Albemarle Road, Suite B36 Brooklyn, New York 11226.

12. The Debtor's management includes Chrisone Anderson who will assume the day-to-day operations of the Debtor.

13. The Debtor currently has no employees. The Debtor will seek to retain a property manager in order to manage the real property; the tenants; rent collection; and repairs/maintenance.

14. As a receiver is currently in place, until such time as he is removed, the Debtor will not receive any rents and will not make any disbursements.

Dated: Smithtown, New York
      May 24, 2024

Case 1-24-42200-nhl    Doc 3-1    Filed 05/28/24    Entered 05/28/24 08:01:46

<u>S/Chrisone Anderson</u>  
Chrisone Anderson  
Managing Member

Sworn to before me on this  
27th day of May 2024

<u>S/Fred S. Kantrow</u>  
Fred S. Kantrow  
Notary Public State of New York  
Qualified in Suffolk County  
No. 02KA 6429827  
Comm. Exp. 02/28/26